**Order entered September 21, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00660-CV

## IN RE BLAKE REYNOLDS, Relator

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-00064-2018**

## ORDER

Based on the Court's opinion of this date, we **GRANT** relator's September 14, 2020 motion and **DISMISS** this original proceeding.

/s/     LANA MYERS
        JUSTICE